IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMANTHA KISER, | : | Case No. 3:13-cv-178 |
| Plaintiff, | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| vs. | : | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

## DECISION AND ENTRY

Before the Court is a joint motion by Plaintiff's counsel and the Commissioner for a Sentence Four remand.  Doc. 5.  For good cause shown, the motion is **GRANTED**.  Accordingly, the ALJ's non-disability finding is **REVERSED,** and this matter is **REMANDED** to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g).  This matter is terminated on the docket of the Court.

Date: August 29, 2013                                    s/*Thomas M. Rose*
                                                                   _____
                                                                         Thomas M. Rose
                                                                   United States District Judge